IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COMBINED CRIMINAL AND CIVIL CALENDAR COMMENCING **DECEMBER 6, 2004, 9:30 AM** IN COURTROOM 2108, U. S. COURTHOUSE, 75 SPRING STREET, SW, ATLANTA, GEORGIA, HONORABLE THOMAS W. THRASH, PRESIDING.  THERE WILL BE <u>NO CALENDAR CALL.</u>  THE FIRST TWO CRIMINAL CASES SHALL APPEAR READY FOR TRIAL; THE REMAINING CASES ARE ON ONE DAY TELEPHONE NOTICE TO APPEAR.  TRIALS WILL BE HELD DURING THE WEEKS OF DECEMBER 6 AND DECEMBER 13, 2004.

**ATTENTION  ALL COUNSEL** THE COURT REQUIRES YOU TO PROVIDE TO COURTROOM DEPUTY CLERK 3 COPIES YOUR EXHIBIT AND WITNESS LIST AT THE START OF TRIAL FOR USE BY COURT AND CLERK DURING TRIAL.  *THE LIST SHALL CONTAIN AN IDENTIFYING DESCRIPTION OF EACH EXHIBIT TO THE RIGHT OF THE EXHIBIT NUMBERS.  THE LIST SHALL BE DOUBLE SPACED WITH APPROXIMATELY 1½ INCHES OF  SPACE  THE   LEFT OF THE NUMBER FOR COURT USE.*  **ADDITIONALLY** THE COURT REQUIRES REQUESTS TO CHARGE BE SUBMITTED ON THE MORNING OF TRIAL WITH AN ORIGINAL AND TWO COPIES.  If counsel can provide disk of their requests it would be helpful to the court in preparing the final charge.

IT IS THE RESPONSIBILITY OF COUNSEL TO ADVISE THE COURTROOM DEPUTY CLERK OF THE NEED FOR ANY INTERPRETIVE SERVICES SO THAT THESE MAY BE ARRANGED FOR <u>ANY PROCEEDING WITH THE DEFENDANT.  NOTICE IS NEEDED IMMEDIATELY SO THAT SERVICES CAN BE ARRANGED</u>.

THE USE OF EQUIPMENT FOR THE PRESENTATION OF EVIDENCE OR OF EVIDENCE OTHER THAN DOCUMENTS AND ENLARGEMENTS OF DOCUMENTS AT TRIAL MUST HAVE AN ORDER AUTHORIZING THE BRINGING IN OF THAT EQUIPMENT  INTO THE COURTHOUSE.  AN ORDER MUST BE PRESENTED TO THE COURTROOM DEPUTY CLERK **PRIOR TO THE DATE THE TRIAL IS TO BEGIN**.  THE ORDER SHOULD IDENTIFY THE CASE BY STYLE AND CASE NUMBER, A LIST OF EACH PIECE OF EQUIPMENT AND WHO WILL BE BRINGING THE EQUIPMENT INTO THE BUILDING.  THESE ORDERS HAVE TO BE ON FILE WITH THE U.S. MARSHALL'S OFFICE BEFORE THE EQUIPMENT CAN BE TAKEN INTO THE COURT AREA.

**If at any time immediate prior to appearing for trial or during trial any documents to be filed should be filed with me so that the Court will have immediate knowledge of the filing and the documents can be kept with the file during the trial.**

| ATTORNEYS<br>CASE NUMBER | STYLE OF CASE | NATURE OF OFFENSE |
|---|---|---|
| (1)<br>Mike Brown, John Horn<br>02cr745<br>Bruce Harvey<br>Cynthia Roseberry | USA<br>v<br>MIKE CARDIN (16)<br>CHURK McMURTRY (17) | Conspiracy to distribute controlled substance<br><br>JURY TRIAL |
| (2)<br>Todd Alley<br>04cr125<br>Nicole Evans-Lambert<br>Albert Mitchell, Deborah Vaughan, Eugene novy | USA<br>v<br>JOHN HARRELL   (1)<br>LEO BIBBS (2) | Conspiracy to defraud the U. S. , firearms<br><br>JURY TRIAL |
| (3)<br>Gale McKenzie<br>04cr196<br>Bruce Harvey<br>Mildred Gunn<br>L. Burton Finlayson | USA<br>v<br>MARK ANTHONY REYNOLDS (1)<br>BRIDGETT ROCHELLE GREEN (2)<br>OMAR RASHAD TURRAL (3) | Conspiracy to defraud the U. S., fraud by wire, radio or TV, etcl<br>Reynolds & Turrall scheduled for change of plea hearing 11/15/04, if not successful case will remain on trial calendar<br>JURY TRIAL |

| | | |
|---|---|---|
| (4)<br>Paul Jones<br>04cr236<br>Sandra Michaels | USA<br>v<br>JONNIE NORWOOD (1)<br>MARY McBURNETT (3) | Conspiracy to defraud the U.S., fraud by wire, radio or TV, misuse of Social Security Number<br><br>JURY TRIAL |
| (5)<br>William Traynor<br>02cr124<br>Nicole Evans-Lambert | USA<br>v<br>TRAMINE MARTIN | Bank robbery by force or violence, violent crime/drugs/machine gun<br><br>JURY TRAIL |
| (6)<br>Angela Jordan<br>04cr336<br>W. Carl Lietz | USA<br>v<br>GERALD BERNARD MORGAN | Sell, distribute, or dispense (heroin)<br><br>JURY TRIAL |
| (7)<br>Gustav Small, Jr., Kevin O'Sullivan<br>02cv1395<br>Charles Hale Van Horn, Steven Wagner | THE GREAT GATSBY'S AUCTION GALLERY, INC,<br>v<br>THE LEGENDS COLLECTIONS, INC., JIMMY VELVET | Counterclaim - Breach of Contract<br><br>JURY TRIAL<br>**PTO DUE 11/15/04** |

**Notice to all counsel civil and criminal cases.  If your case is not resolved by trial or agreement it will be placed on the backup calendar to a six week trial that is to begin January 24, 2005.**

Civil trials are always tried subject to the Criminal trial calendar time demands.

November 1, 2004


/s/Sheila Sewell
Sheila T. Sewell
Courtroom Deputy Clerk
404/215-1555


cc:
       Criminal defendants directly or through counsel
       USM
       Pretrial
       Jury Administrator

## CLERK'S CERTIFICATE OF SERVICE

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia, at Atlanta, Georgia, hereby certify:

1.     That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the defendants named on the attached Criminal Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Criminal Trial for December 6, 2004 a true copy of which is attached hereto;

2.     That the attached Notice was also mailed or electronically transmitted to each defendant's counsel and to each defendant's surety;

3.     That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or contained the official Notice of Electronic Filing.

4.     That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Atlanta in said District on November 2, 2004.

LUTHER D. THOMAS, CLERK

BY:   /s/Sheila Sewell
      Deputy Clerk