# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA )
)
vs. )  CRIMINAL CASE NO. 1:04cr196-2-TWT
)
Bridgette Rochelle Green )

## NOTICE OF SENTENCING DATE

TO: Above named Defendant

By direction of the Honorable __Thomas W. Thrash__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on __January 21__, __2005__ at __9:30 A__ M. for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom __2108__, 75 Spring Street, S.W., Atlanta, Georgia, 30303 where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. ~~(Room 2003 of the building.)~~ 9th Floor RBR Bldg.

Luther D. Thomas, Clerk

DATE: 11/29/04
COUNSEL: [signature]
RECEIVED: [signature]
(DEFENDANT)

BY: [signature]
COURTROOM DEPUTY CLERK

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above.   Telephone Number __404-215-1555__.

| PLEA | ( ) | BOND | (✓) | TO COUNTS: 5 & 9 |
| --- | --- | --- | --- | --- |
| TRIAL | ( ) | FEDERAL CUSTODY | ( ) | OF TOTAL COUNTS: 17 |
| NOLO | ( ) | STATE CUSTODY | ( ) | ASST. U.S. ATTY. G. McKenzie |
| NEGOTIATED PLEA | (✓) | USM CUSTODY | ( ) | |

WHITE COPY - CLERK
BLUE - DEFENDANT
GREEN - U.S. ATTORNEY
GOLDENROD - COUNSEL
PINK - U.S. MARSHAL
YELLOW - U.S. PROBATION OFFICER

FPI-RBK-7/91