UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NOTICE OF RESCHEDULING

The case below is scheduled for sentencing on March 21, 2005 before Judge Thomas W. Thrash, Jr. The Court reschedules the sentencing to **March 30, 2005** at **9:30 a.m.** Courtroom 2108.

Counsel for government is reminded to prepare appropriate production documents, if appropriate, to have defendant appear in Courtroom 2108 for the hearing on March 30, 2005.

Defense counsel is reminded to have any conference with your client in the Marshals Service's cellblock prior to our hearing, if the defendant is in custody.

| | |
|---|---|
| Gale McKenzie | UNITED STATES OF AMERICA |
| 1:04cr196 | v |
| Mildred Dunn | BRIDGETTE GREEN (2) |
| Bruce Harvey | MARK REYNOLDS (1) |
| L. Burton Finlayson | OMAR RASHAD TURRAL (3) and 04cr224-10 |

By Direction of the Court

/s/Sheila Sewell
Sheila Sewell, Courtroom Deputy Clerk
February 14, 2005

cc:    Defendant to be advised by counsel