IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action No. |
| | ) | |
| BRIDGETTE GREEN | ) | 1:04-CR-196-2-TWT |

MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE

COMES NOW defendant, by and through undersigned counsel, and hereby moves the Court to modify her conditions of bond, to allow Defendant to travel to Ardmore, Oklahoma, through Dallas/Ft. Worth, Texas, from March 9 through March 14, to attend her brother's wedding. In support of this Motion, Ms. Green shows as follows:

1.

The Court granted an OR bond for Ms. Green on March 12, 2004. Ms. Green has abided by all conditions of her bond. Ms. Green has pled guilty and is currently scheduled for sentencing on March 30. Counsel expects this date to be postponed, as the Presentence Report has not yet been disclosed.

2.

Ms. Green asked her Probation Officer, Raina Riner, to approve travel to Ardmore, Oklahoma, so that she may attend her brother's wedding. Ms. Riner told Ms. Green to have her file a motion with Your Honor to approve the travel. Counsel is hereby requesting that Ms. Green be allowed to travel to Ardmore, Oklahoma, leaving Atlanta on March 9 and returning on March 14. Ms. Green

would fly from Atlanta to Dallas/Ft. Worth, Texas airport, and drive to Ardmore Oklahoma, about 1-1/2 hours away. She would stay with her mother at 817 M. Street NE, Ardmore, Oklahoma, 73401, 580-226-6404.

3.

Counsel has called AUSA Gail McKenzie but has not heard back from her. Counsel has also contacted the USPO and spoke with Al Smith, who is Ms. Riner's supervisor (Ms. Riner is out of the country until Monday). Mr. Smith has checked Ms. Green's supervision records and has consented to the travel.

WHEREFORE, Ms. Green requests that this Court allow the requested travel.

Respectfully Submitted,

s/ Mildred Geckler Dunn, Esq.
Georgia State Bar No. 323373
Attorney for Mario Cruz
Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
(404) 688-0768 fax
Email: millie_dunn@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action No. |
| | ) | |
| BRIDGETTE GREEN | ) | 1:04-CR-196-2-TWT |

ORDER MODIFYING
CONDITIONS OF PRETRIAL RELEASE

Defendant has moved the Court to modify Ms. Green's bond to allow her to travel to Ardmore, Oklahoma, through Dallas/Ft. Worth, Texas from March 9-March 14. The Probation Office consents to the travel.

NOW, THEREFORE, IT IS ORDERED THAT: Defendant shall be allowed to travel to Ardmore, Oklahoma, through Dallas/Ft. Worth, Texas, from March 9 - 14, 2005 in order to attend her brother's wedding. She shall reside with her Mother at 817 M. Street NE, Ardmore, Oklahoma, 73401, 580-226-6404 while in Oklahoma.

SO ORDERED this ____ day of March, 2005.

_____
The Honorable C. Christopher Hagy
United States Magistrate Judge

MILDRED GECKLER DUNN
State Bar Number: 323373
Federal Defender Program, Inc.
100 Peachtree Street, Suite 200
Atlanta, Georgia 30303
404/688-7530

CERTIFICATE OF SERVICE

I hereby certify that today, I electronically filed the foregoing Motion to Modify Conditions of Pretrial Release to Allow Travel with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record upon:

>Gail McKenzie, Esquire
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303

and by hand delivering a copy of the same to:

>Mr. Al Smith
>For Ms. Raina Riner
>U.S. Probation Officer
>900 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303.

>Dated:  This 3rd day of March, 2005.

>s/ Mildred Geckler Dunn, Esq.
>Georgia State Bar No. 323373
>Attorney for Mario Cruz

Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
(404) 688-0768 fax
Email: millie_dunn@fd.org