IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 0 4 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action No. |
| | ) | |
| BRIDGETTE GREEN | ) | 1:04-CR-196-2-TWT |

## ORDER MODIFYING
## CONDITIONS OF PRETRIAL RELEASE

Defendant has moved the Court to modify Ms. Green's bond to allow her to travel to Ardmore, Oklahoma, through Dallas/Ft. Worth, Texas from March 9-March 14. The Probation Office consents to the travel.

NOW, THEREFORE, IT IS ORDERED THAT: Defendant shall be allowed to travel to Ardmore, Oklahoma, through Dallas/Ft. Worth, Texas, from March 9 - 14, 2005 in order to attend her brother's wedding. She shall reside with her Mother at 817 M. Street NE, Ardmore, Oklahoma, 73401, 580-226-6404 while in Oklahoma.

SO ORDERED this ____ day of March, 2005.

_____
The Honorable C. Christopher Hagy
United States Magistrate Judge

MILDRED GECKLER DUNN
State Bar Number: 323373
Federal Defender Program, Inc.
100 Peachtree Street, Suite 200
Atlanta, Georgia 30303
404/688-7530