

# CRIMINAL MINUTE SHEET -  ATLANTA DIVISION

(X) IN OPEN COURT  () IN CHAMBERS    DATE: 5/9/05   TIME:  2:15 p.m.

HONORABLE THOMAS W. THRASH          Sheila Sewell, Deputy Clerk
                                    Darla Coulter, Court Reporter

UNITED STATES OF AMERICA            Gale McKenzie

v                                   1:04cr196-02-TWT

BRIDGETTE GREEN                     Mildred Dunn

**SENTENCING HEARING**     The Court adopted as facts those not objected to in pre-sentence report as findings of the Court.   Court heard from counsel on objections and overruled the objections.   After hearing from counsel the Court determined that this would be a guidelines sentence for the reasons stated.   Government called Agent Scott Caruana to answer questions as to method of calculations as to loss.   The Court heard from counsel on defendant's motion for downward departure and DENIED the motion.    After pronouncing sentence the Court inquired as to Jones Objections.  There were none by government, and as stated by defendant.  The Court advised the defendant of his/her right to appeal the sentence within 10 days.

(x) Voluntary Surrender defendant is to continue under the same terms and conditions of his current release.    () Defendant in custody   () Defendant placed in custody

()      VERDICT    (x) GUILTY  PLEA
(x)     Special Assessment   $200.00
Counts  5 & 9
(X)     Restitution  x     (X)    Fine   none
Guidelines (X) yes  () no

COUNT(S)  5 & 9
    x  CBP  37  Months
      x  Concurrent _____ Consecutive to __
  __ Probation __ Years
      _ Concurrent _____ Consecutive  to __

SUPERVISED RELEASE

    COUNT(S)  5 & 9   FOR   3   YEARS.
SPECIAL CONDITIONS: SEE J&C
x Motion for Dismissal of Counts  granted (see J&C)

Court adjourned at 4:30 p.m. until further order.

**TIME SPENT IN COURT:    2 HR.  05 MIN.**