IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 1:04-CR-196-TWT-02 |
| BRIDGETTE ROCHELLE GREEN | : | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that defendant having pled guilty to Counts Five and Nine, of the Indictment, filed April 6, 2004, charging violation of 18 U.S.C. Sections 371, 1343 and 1341 and 42 U.S.C. Section 408, Counts One, Three, Four, Six through Eight and Eleven through Seventeen are dismissed as to BRIDGETTE ROCHELLE GREEN and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: /s/ Gale McKenzie
GALE McKENZIE
ASSISTANT UNITED STATES ATTORNEY
(404)581-6045
(404)581-6181 (Fax)

Georgia Bar No. 494800

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### ORDER

Now, to-wit, on the __9__ day of __May__, 2005, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

**FILED IN OPEN COURT**
U.S.D.C. Atlanta

MAY 9 2005

LUTHER D. THOMAS, Clerk
By: /s/
Deputy Clerk

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

Form USA 40-19-12
(Rev. 3/88)