U.S. Department of Justice

United States Marshals Service

*Northern District of Georgia*

---

Atlanta, GA 30303

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 9 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

July 18, 2005

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Ms. Bridgette Rochelle Green
1900 9th St., NW
Ardmore, OK 73401

    Subject:    **Voluntary Surrender/Reporting Information**
                      Reg. No. 55744-019, Case No. 1:04-CR-196-02-TWT

Dear Ms. Green:

    Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | **Federal Prison Camp** <br>**FCI Marianna** <br>**3625 FCI Road** <br>**Marianna, FL 32446** |
| TELEPHONE NO.: | (850) 526-2313 |
| REPORT DATE: | **NOON, July 26, 2005** |

    Any further inquiries should be directed to the institution at the telephone number listed above.

                                              Respectfully,

                                              RICHARD V. MECUM
                                              UNITED STATES MARSHAL

                                              SONJA M. NICHOLAS
                                              CRIMINAL PROGRAM SPECIALIST

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office