| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:04-CR-196-02-TWT |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR-08-171-C |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bridgette Rochelle Green | Northern District of Georgia | Atlanta |
| | NAME OF SENTENCING JUDGE | |
| Norman, Oklahoma | Honorable Thomas W. Thrash | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 04/15/2008 | TO 04/14/2011 |

**OFFENSE**

Wire Fraud

18 USC 1343 & 2

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

AUG 1 8 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Oklahoma upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____5/29/08_____
Date

*Thomas W. Thrash*
Honorable Thomas W. Thrash
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**

_____7/21/08_____
Effective Date

AUG - 1 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

*Robin J. Cauthron*
Honorable
United States District Judge