UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

JAMES N. HATTEN                                                                              DOCKETING SECTION
CLERK OF COURT                                                                                        404-215-1655

August 20, 2008

United States District Court
Western District of Oklahoma
200 NW 4th Street
Room 1210
Oklahoma City, Oklahoma 73102

      Re:  USA vs. Bridgette Rochelle Green
      Criminal Action No.  1:04-CR-196-TWT
      Your File No.  CR-08-171-C

Dear Clerk:

    Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

    Enclosed are certified copies of the indictment, judgment and commitment order, and docket for your records.

    Please acknowledge receipt of these documents by returning the enclosed copy to this office.

                        Sincerely,

                     James N. Hatten , Clerk

                 By:   s/Dennis Richardson
                       Deputy Clerk

copies via NEF to:

USPO, Atlanta
USAO, FLU, Atlanta with copy of transfer order
Financial Section
File