RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP - 2 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

JAMES N. HATTEN
CLERK OF COURT

DOCKETING SECTION
404-215-1655

August 20, 2008

United States District Court
200 NW 4th Street
Room 1210
Oklahoma City, Oklahoma 73102

# FILED

AUG 2 5 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

     Re:  USA vs. Bridgette Rochelle Green
     Criminal Action No.  1:04-CR-196-TWT
     Your File No.  CR-08-171-C

Dear Clerk:

     Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

     Enclosed are certified copies of the indictment, judgment and commitment order, and docket for your records.

     Please acknowledge receipt of these documents by returning the enclosed copy to this office.

               Sincerely,

               James N. Hatten , Clerk

               By:   s/Dennis Richardson
                    Deputy Clerk

copies via NEF to:

USPO, Atlanta
USAO, FLU, Atlanta with copy of transfer order
Financial Section
File