PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

JAN 31 2011

JAMES N. HATTEN, CLERK

U. S. A. vs. Mark Anthony Reynolds                Docket No. 1:04-CR-196-01-TWT

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Jason Scott Griffith PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Mark Anthony Reynolds who was placed on supervision for the offense of Conspiracy to Commit Bank Fraud, 18 USC § 1344, 1341, 1343, by the Honorable Thomas W. Thrash, Jr. sitting in the court at Atlanta, on the 6th day of May, 2005 who fixed the period of supervision at 63 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property(real, personal or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

It is ordered that the defendant shall make restitution in the total amount of $1,657,389.00, jointly and severally with the co-defendants in this case.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **Violation of Federal Law (Felony):**

The defendant provided the probation officer with untruthful information regarding his travel during the month of August 2010, wherein he made false statements on a monthly supervision report, a violation of 18 U.S.C §1001.

  a) on a written monthly supervision report submitted to the probation officer for the month of August 2010, Reynolds answered "No" to the following question, "Did you travel outside the district without permission?", when in fact he did travel to Gadsden, Alabama on August 12, 2010. This travel was verified by FBI in Gadsden who were present when Reynolds arrived at the airport.

2. **Violation of Federal Law (Felony):**

The defendant provided the probation officer with untruthful information regarding his banking account information during the months of July, August, September, October, November and December of 2010, wherein he made false statements on a monthly supervision report, a violation of 18 U.S.C §1001.

  a) on written monthly supervision reports submitted to the probation officer for the months of July, August, September, October, November and December 2010, Reynolds reported his bank account was with Suntrust Bank. (accounts 1000100394989 and 1000100394997).

  b) documentation provided by Premier Aircraft Sales shows wire transfers from the account Mark Reynolds from a Bank of America account (account 026009593) for $7,750 on July 9, 2010, $4,263 on August 11, 2010, $1,000 on December 1, 2010, $3,260 on December 15, 2010, $1,000 on January 6, 2011, and $1,000 on January 13, 2011.

3. **Violation of Federal Law (Felony):**

The defendant provided the probation officer with untruthful information regarding his association with a convicted felon in August of 2010, wherein he made false statements on a monthly supervision report, a violation of 18 U.S.C. § 1001.

  a) on a written monthly supervision report submitted to the probation officer for August of 2010, Reynolds answered "No" to the following question, "Did you have any contact with anyone having a criminal record?", when in fact the offender had contact with Larry Thompson, a convicted felon. The offender failed to obtain permission from the probation officer or the Court to associate with Larry Thompson.

  b) the offender knows Larry Thompson is a convicted felon, because they were housed together in the BOP facility in Talladega, Alabama.

4. **Violation of Federal Law (Felony):**

From on or about June of 2010 until the present, Mark Anthony Reynolds, committed the offense of Causing Travel in Interstate Commerce in Furtherance of Defrauding the Person of Over $5,000, in violation of 18 U.S.C. § 2314.

5. **Violation of Federal Law (Felony):**

The defendant provided the probation officer with untruthful information regarding his expenditures over $500 during the months of July, August and December of 2010, wherein he made false statements on a monthly supervision report, a violation of 18 U.S.C. § 1001.

> a) on a written monthly supervision report submitted to the probation officer for the month of July 2010, Reynolds did not provide any expenditures over $500, when in fact the offender did pay Premier Aircraft Sales $7,750 as part of the down payment for aircraft N823AF.
>
> b) on a written monthly supervision report submitted to the probation officer for the month of August 2010, Reynolds did not provide any expenditures over $500, when in fact the offender did pay Hill Aircraft and Leasing Corp a total of $841.53 for fuel and oil for aircraft N823AF and also did pay Premier Aircraft Sales $4,263 for the lease/purchase of aircraft N823AF.
>
> c) on a written monthly supervision report submitted to the probation officer for the month of December 2010, Reynolds did not provide any expenditures over $500, when in fact the offender did pay $1,000 and $3,260 for the lease/purchase of aircraft N823AF.

6. **Failure to Obtain Permission to Travel Outside the Northern District of Georgia:**

From on or about August of 2010, Mark Anthony Reynolds, did travel outside of the Northern District of Georgia without obtaining permission from the probation officer.

> a) Offender traveled to Gadsden, Alabama on August 12, 2010 via aircraft N823AF. This travel was witnessed by the FBI in Gadsden, Alabama.
>
> b) Offender also traveled to Los Angeles, California on August 7, 2010 via aircraft N823AF. This travel was verified through information received by the FBI in Gadsden, Alabama.

7. **Association with a Convicted Felon:**

During the month of August 2010, Mark Anthony Reynolds, did associate with Larry Thompson, a convicted felon. Thompson was convicted of Conspiracy to Commit Bribery, in violation of 18 U.S.C. § 371 on August 16, 2007 in the Northern District of Alabama before U.S. District Court Judge L. Scott Coogler. The association took place on August 12, 2010.

8. **Violation of Special Condition, Failure to Make Full and Complete Disclosure of Finances:**

From on or about July, August, September, October, November and December of 2010 and January of 2011, Mark Anthony Reynolds did fail to disclose his Bank of America account to his probation officer.

   a) on written monthly supervision reports submitted to the probation officer for the months of July, August, September, October, November and December 2010, Reynolds reported his bank account was with Suntrust Bank. (accounts 1000100394989 and 1000100394997) when in fact the offender did also have an account with the Bank of America with account number 026009593.

9. **Violation of Special Condition, Failure to Make Full and Complete Disclosure of Finances:**

From on or about June, July, August, September, October, November and December of 2010 and January of 2011, Mark Anthony Reynolds did fail to disclose the purchase of a 2006 Mooney M20R airplane in the amount of $360,000.

   a) On June 8, 2010, the offender signed an agreement to lease/purchase a 2006 Mooney M20R airplane from Premier Aircraft Sales of Ft. Lauderdale, Florida. Reynolds agreed to pay $20,000 down.

PRAYING THAT THE COURT WILL ORDER a warrant for the arrest of Mark Reynolds for violating the laws of the United States of America and for violating the conditions of supervised release.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __31__ day of January, 2011 and ordered filed and made a part of the records in the above case. | Respectfully,<br><br>Jason Griffith<br>U.S. Probation Officer<br><br>Place: Atlanta, Georgia<br><br>Date: January 28, 2011<br><br>Leigh A. Knight<br>Supervising U.S. Probation Officer |
| Honorable Thomas W. Thrash, Jr.<br>U.S. District Court Judge | |