

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                Fax (404)581-6181*
*Atlanta, Georgia  30303*

March 28, 2011

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

    Re: *United States v. Reynolds*
        Criminal Action No. 1:04-CR-00196-TWT-GGB
        Substitution of Counsel

Dear Mr. Hatten:

    This is to notify you that the above-styled case has been transferred from Assistant U.S. Attorney Barbara E. Nelan to Assistant U.S. Attorney Gale McKenzie, telephone number 404/581-6045. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

                              Sincerely,

                              SALLY QUILLIAN YATES
                              UNITED STATES ATTORNEY

                              /S/GALE MCKENZIE
                              ASSISTANT U.S. ATTORNEY

cc:  Bruce S. Harvey via CM/ECF
     Cortney E. Lollar via CM/ECF
     L. Burton Finlayson via CM/ECF
     Mildred Geckler Dunn via CM/ECF